UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMEEKA STEPHENS-JONES,

                                    Plaintiff,

                    -v-

SHIRLEY ANN SUMMERS, *et al.*

                                    Defendants.

25-CV-6832 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants have filed a notice of removal, purporting to remove to this court an action pending in New York Supreme Court for Kings County.  (ECF No.1.)  However, under 28 U.S.C. § 1441(a), a state court action may be removed only "to the district court . . . for the district and division embracing the place where such action is pending."  Here, that is the Eastern District of New York, which embraces Kings County, not the Southern District of New York.

Accordingly, pursuant to 28 U.S.C. § 1404(a), this case is hereby transferred to the United States District Court for the Eastern District of New York.

SO ORDERED.

Dated: August 19, 2025
New York, New York

_____
          J. PAUL OETKEN
      United States District Judge